UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 25-CR-1800-LL-2 |
|---|---|---|
| Plaintiff, | ) | **JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT AS TO DEFENDANT DARRYL SCOTT CARTER WITHOUT PREJUDICE** |
| v. | ) | |
| DARRYL SCOTT CARTER, | ) | |
| Defendant (2). | ) | |

The United States' Motion to Dismiss the Indictment as to Defendant Darryl Scott Carter (ECF No. 32), without prejudice, is GRANTED. The Court dismisses the Indictment as to Defendant Carter without prejudice.

Dated: November 3 , 2025

_____
Hon. Linda Lopez
United States District Judge